UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT FREEDMAN,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>JPMORGAN CHASE & CO., JAMES DIMON, AND DANIEL E. PINTO,<br><br>　　　　　　Defendants. | C.A. No. 1:22-cv-03093 |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Robert Freedman voluntarily dismisses this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:  New York, New York
　　　　May 16, 2022

BARRACK, RODOS & BACINE

By: _/s/ Arnold Gershon_
　　　A. Arnold Gershon
　　　Michael A. Toomey
　　　11 Times Square
　　　640 Eighth Avenue, 10th Floor
　　　New York, NY 10036
　　　Telephone: (212) 688-0782
　　　Facsimile: (212) 688-0783

_Attorneys for Plaintiff Robert Freedman_